**EXHIBIT**

**A**



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov



FILED
CIVIL DIVISION
MAR 2 4 2026
Superior Court of the
District of Columbia

Case No. _____

 2 0 2 6 -CAB- 0 0 19 10

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| Ayyub Suleiman | Life Assets |
| PLAINTIFF            vs | DEFENDANT |
| 5315 Connecticut Ave N.W #202 | 1640 Columbia Rd N-W #104 |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| Washington DC          20015 | Washington DC          20009 |
| City      State      Zip Code | City      State      Zip Code |
| 202-579-6368 | 202-709-0652 |
| Telephone Number | Telephone Number |
| | |
| Email Address (optional) | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I had a micco loan from this company that originated in January 2025. On January 2, 2026 I paid the remaining balance of the loan which was $152. They reported a week ago that I was 2 months behind and that my monthly payment was $152. my monthly payment was @30 dollars. My credit score dropped and it will hurt me dramatically

2. What relief are you requesting from the Court? Include any request for money damages.

I want 100,000 dollars USD. I want them to make remarks to the credit bureaus that says that this was not my mistake and that they were totally at fault and reflect on my reports.

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

SUPERIOR COURT 000001

3.  State any other information, of which the Court should be aware:

I am a masters Degree student. I have worked for a nonprofit for 3 years while finishing my bachelors degree in business. The credit rating drop hurts my chances of starting my personal business as well as my operating and solvency abilities of the nonprofit. I have been working to start my transportation company and need insurance, bonding, And good credit.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
**SIGNATURE**

3-24-2026
**DATE**

Subscribed and sworn to before me this ____24th____ day of __March__ 20 26 .

_____
(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Ayyub Sulaiman_
_____
Plaintiff

vs.

**2026-CAB-001910**

Case Number _____

_LifeAssets_
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Ayyub Sulaiman_
_____
Name of Plaintiff's Attorney

_5315 Connecticut Ave NW_
_____
Address
_#202 Washington DC 20015_
_____

_202-579-6362_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _3/24/26_

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828    ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

SUPERIOR COURT 000003





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra

                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                            Por: _____
_____                Subsecretario
Dirección

_____

                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

비디번역을 원하시면 (202) 879-4828 로 전화해주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

SUPERIOR COURT 000004

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Ayyub Sulaim
Plaintiff(s)

Case Number: 2026-CAB-001910

vs

Date: _____

Life Asset
Defendant(s)

☐ One of the defendants is being sued in their official capacity.

| Name: (Please Print) | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:        DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☑ Non-Jury      ☐ 6 Person Jury          ☐ 12 Person Jury

Demand: $_____                    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____      Judge: _____      Calendar #:_____

Case No.:_____      Judge: _____      Calendar #:_____

---

NATURE OF SUIT:      (Check One Box Only)

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure      ☐ Ejectment          ☐ Other
☐ Declaratory Judgment      ☐ Eminent Domain      ☐ Quiet Title
☐ Drug Related Nuisance Abatement      ☐ Interpleader      ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

SUPERIOR COURT 000005

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
☐ Currency
☐ Other
☐ Real Property
☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
☐ Birth Certificate Amendment
☐ Death Certificate Amendment
☐ Gender Amendment
☐ Name Change

**TORT**
☐ Abuse of Process
☐ Assault/Battery
☐ Conversion
☐ False Arrest/Malicious Prosecution
☐ Libel/Slander/Defamation
☐ Personal Injury
☐ Toxic Mass
☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
☐ Accounting
☐ Deceit (Misrepresentation)
☐ Fraud
☐ Invasion of Privacy
☐ Lead Paint
☐ Legal Malpractice
☐ Motion/Application Regarding Arbitration Award
☑ Other - General Civil

☐ Product Liability
☐ Request for Liquidation
☐ Writ of Replevin
☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
☐ Asbestos

**MORTGAGE FORECLOSURE**
☐ Non-Residential
☐ Residential

**STATUTORY CLAIM**
☐ Anti – SLAPP
☐ Consumer Protection Act
☐ Exploitation of Vulnerable Adult
☐ Freedom of Information Act (FOIA)
☐ Other

**TAX SALE FORECLOSURE**
☐ Tax Sale Annual
☐ Tax Sale Bid Off

**VEHICLE**
☐ Personal Injury
☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

3-24-2026
_____
Date

CV-496/February 2023

SUPERIOR COURT 000006

Account Transaction Detail Report

Page 1 of 1

**Account Number:** 5543457085

⊙ PNC

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|-----------|---------------|--------|---------|-----|-----|------|-------------|
| 01/05/2026 | 01/05/2026 | $152.80 | $52.20 | D | Y | Debit Card | LIFE ASSET VIS 0102 703-9347078 DC65293933068130339004 |

3/20/2026

SUPERIOR COURT 000007





12:35    5G UC

← **Life Asset**

Info    **Reviews**    More like this

**Sabrina S.**
1  7  3

★☆☆☆☆ 9/7/2024

If I could give this company 0 stars I would. One of my automatic payments never processed which caused it to be late. However, I was NEVER notified. The payment was late in May. Fast forward to July. My credit score which was in the High 700's plummets 200 points. I called the company to check to see what was going on. I spoke to Leila Drici who was not apologetic and processes my payment on July 10th. She then encouraged me to dispute it with all credit bureaus so it can be fixed quicker. I disputed the information. 2 weeks later I get the report that states that Life Asset said there were no errors and that my account is not current. I called Ms. Drisi back she stated that the person who reports may not have known I made a payment. She then stated that he should be able to go back into the dispute and make changes. However, I decided to file another dispute because I noticed she does not follow through. The dispute came back the exact same. Today is September 7th. My credit has not been updated since May. How is this even possible? Someone is not doing their job. My next step is to report the company to BBB for fraudulent reporting!!! My credit is screwed!! I can't even get a credit increase.



Search    Projects    Collections    Me

SUPERIOR COURT 000009



SUPERIOR COURT 000010





SUPERIOR COURT 000011



1:40  5G UC

**Credit Alerts**    ✕

CREDIT MONITORING    03/19/26

# Balance past due

It looks like a lender has marked one of your accounts as delinquent. This happens when an account is more than 30 days past due.

Keep in mind, we monitor all accounts on your credit report, not just the ones you have with Chase.

**ACCOUNT INFORMATION**

| | |
|---|---|
| Lender | LIFEASSET, INC ⓘ |
| Current balance | $153.00 |

### What you can do next

Pay at least the minimum balance as soon as you can.

Check your **credit report** regularly to make sure the payment has posted.

If you can't pay the minimum balance and would like to explore payment options, contact your lender at **202-709-0652**.

# Explore more

SUPERIOR COURT 000012



SUPERIOR COURT 000013



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Life Assets
1640 Columbia RD NW UNIT 104
Washington DC  20009

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**    Ayyub Sulaiman v. Life Assets

**To:**  Life Assets                                         **Case Number:**    2026-CAB-001910

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **07/10/2026** at **9:30 AM** in **Remote Courtroom 518**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

SUPERIOR COURT 000014

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

SUPERIOR COURT 000015



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2026-CAB-001910

**Case Style:** Ayyub Sulaiman v. Life Assets

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 07/10/2026 | 9:30 AM | Remote Courtroom 518 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Robert D Okun.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

SUPERIOR COURT 000016

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

SUPERIOR COURT 000017

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽህፈ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

SUPERIOR COURT 000018

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

SUPERIOR COURT 000019



# District of Columbia Courts

# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**



**Remote Site - 3**
Balance and Restorative Justice Center

118 Q Street, NE
Washington, DC 20002

**Remote Site - 2**
Balance and Restorative Justice Center

1110 V Street, SE
Washington, DC 20020

**Remote Site – 4**
ce and Restorative Justice
r

hode Island Avenue, NE
ington, DC 20018

**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

\*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call:  202-879-1900
Email:  DCCourtsRemoteSites@dcsc.gov

SUPERIOR COURT 000020




# Tribunales del Distrito de Columbia
# Consejos para usar los sitios de
# audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.

**Sito Remoto - 3**
Balance and Restorative Justice Center

118 Q Street, NE
Washington, DC 20002

**Sito Remoto - 2**
Balance and Restorative Justice Center

1110 V Street, SE
Washington, DC 20020

**Sito Remoto – 4**
ce and Restorative Justice
r

hode Island Avenue, NE
ington, DC 20018



**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***
1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

SUPERIOR COURT 000021



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Ayyub Sulaiman
_____
*Plaintiff(s)*

v.

Case No: 2026-CAB-001910

**Life Assets**
_____
*Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Life Assets
_____
1640 Columbia RD NW  UNIT 104
_____
Washington, DC 20009
_____
_____

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 3/24/2026_____.

*D.Davis*
_____
*Signature*

3/24/2026
_____
*Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____
*Signature*

_____
*Relationship to Defendant/Authority*
*to Receive Service*

_____
*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
የአማርኛ ትርጉም ለማግኘት አማኑኝት (202) 879-4828 ይደውሉ

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오

CA 1-A [Rev. June 2017]

Super. Ct. Civ. R. 4

SUPERIOR COURT 000022



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2026-CAB-001910

**Case Style:** Ayyub Sulaiman v. Life Assets

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 07/10/2026 | 9:30 AM | Remote Courtroom 518 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Robert D Okun. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

SUPERIOR COURT 000023

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

SUPERIOR COURT 000024

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል:: ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ:: የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽሀሪ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ:: ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ::

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው:: የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ::

SUPERIOR COURT 000025

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

SUPERIOR COURT 000026




# District of Columbia Courts
# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**



**Remote Site - 3**
Balance and Restorative Justice Center

118 Q Street, NE
Washington, DC 20002

**Remote Site - 2**
Balance and Restorative Justice Center

1110 V Street, SE
Washington, DC 20020

**Remote Site – 4**
ce and Restorative Justice
:r

hode Island Avenue, NE
ington, DC 20018

**If you want to use a remote site location for your hearing,** call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing,** please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

\*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: 202-879-1900
Email: DCCourtsRemoteSites@dcsc.gov

SUPERIOR COURT 000027

 

# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm.**



**Sito Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sito Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sito Remoto – 4**
ce and Restorative Justice
:r
hode Island Avenue, NE
ington, DC 20018

**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***
1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

SUPERIOR COURT 000028



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
MAR 24 2026
Superior Court of the
District of Columbia

Case No. _____

2 0 2 6 -CAB- 0 0 1 9 1 0

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Ayyub Suleiman
PLAINTIFF

vs

Life Assets
DEFENDANT

5315 Connecticut Ave N. W #202
Address (No Post Office Boxes)

1640 Columbia Rd N-W #704
Address (No Post Office Boxes)

Washington DC        20015
City        State        Zip Code

Washington DC        20009
City        State        Zip Code

202-579-6368
Telephone Number

202-709-0652
Telephone Number

_____
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I had a micro loan from this company that originated in January 2025. On January 2, 2026 I paid the remaining balance of the loan which was $152. They reported a week ago that I was 2 months behind and that my monthly payment was $152. My monthly payment was 30 dollars. My credit score dropped and it will hurt me dramatically.

2. What relief are you requesting from the Court? Include any request for money damages.

I want 100,000 dollars USD. I want them to make remarks to the credit bureaus that says that this was not my mistake and that they were totally at fault and reflect on my reports.

Form CA-3074 [Rev. Nov. 2017]        1        Super. Ct. Civ. R. 3

SUPERIOR COURT 000029

3. State any other information, of which the Court should be aware:

I am a masters Degree student. I have worked for a nonprofit for 3 years while finishing my bachelors degree in business. The credit rating drop hurts my chances of starting my personal business as well as my operating and governing abilities of the nonprofit. I have been working to start my transportation company and need insurance, bonding, and good credit.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

3-24-2026
**DATE**

Subscribed and sworn to before me this _____ 24th _____ day of ___ March ___ 20 26 .

_____
(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Ayyub Sulaiman_
_____
                                    Plaintiff
                vs.

_LifeAssets_
_____
                                    Defendant

Case Number _____  **2 0 2 6 -CAB- 0 0 1 9 1 0**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Ayyub Sulaiman_
_____
Name of Plaintiff's Attorney

_5315 Connecticut Ave Nw_
_____
Address
_#202  Washington DC 2015_
_____

_202-579-6367_
_____
Telephone

By _____
                                    Deputy Clerk
*Clerk of the Court*

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                  Super. Ct. Civ. R. 4

SUPERIOR COURT 000031



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____ Demandante

contra

                                                    Número de Caso: _____

_____ Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                                           Subsecretario

_____

_____          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락하십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                              Super. Ct. Civ. R. 4

SUPERIOR COURT 000032

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

_Ayyub Sulaiman_
Plaintiff(s)

vs

_Life Asset_
Defendant(s)

Case Number: **2 0 2 6 -CAB- 0 0 1 9 1 0**

Date: _____

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:          DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☑ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury
Demand: $_____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

SUPERIOR COURT 000033

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☑ Other - General Civil
- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

_3-24-2026_
Date

CV-496/February 2023

SUPERIOR COURT 000034

Account Transaction Detail Report

**Account Number:** 5543457085

**PNC**

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 01/05/2026 | 01/05/2026 | $152.80 | $52.20 | D | Y | Debit Card | LIFE ASSET VIS 0102 703-9347078 DC65293933068130339004 |

https://cct.pncint.net/html/sbPrint.html

3/20/2026

SUPERIOR COURT 000035

| | AYYUB S SULAIMAN | Type: | CONTACT | TIN: | 577981034 | DOB: | 08/08/1977 | |
|---|---|---|---|---|---|---|---|---|
| Contact/Business: | 5543457085 | Product: | BUSINESS CHECKING | | | Ck Mic: | 040 DC/GA/MD/NC/PA/SC/VA | |
| Account #: | SAFKEP DIRCHG CKFEEC | | | | | | | Policies & Procedures |

**Transaction History** | Check | Deposit Record | Return of Deposit | Statement ICR.com

| Sel | Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|---|
| ■ | | | | | | | | |

Print

**Account Details** | **Search** | **Transaction Details**

Actual Date: 01/02/2026    Merchant: LIFE ASSET

Actual Time: 17:04:36    Card No: 0339

Seq/Ref #:    Card Holder Name: AYYUB SULAIMAN

Source: DPI - DEBIT CARD PROC

Description: DEBIT CARD PURCHASE 65293933068130339004

LIFE ASSET 703-9347078 DC

SUPERIOR COURT 000036

12:35                                    ⏰ 📍 5GUC◢ 🔋

← **Life Asset**                      🔖  <  ⋮

Info          **Reviews**          More like this

Sabrina S.
📷 1  ▶ 7  🖼 3                                    ⋮

9/7/2024

If I could give this company 0 stars I would. One of my
automatic payments never processed which caused it
to be late. However, I was NEVER notified. The
payment was late in May. Fast forward to July. My
credit score which was in the High 700's plummets 200
points. I called the company to check to see what was
going on. I spoke to Leila Drici who was not apologetic
and processes my payment on July 10th. She then
encouraged me to dispute it with all credit bureaus so
it can be fixed quicker. I disputed the information. 2
weeks later I get the report that states that Life Asset
said there were no errors and that my account is not
current. I called Ms. Drisi back she stated that the
person who reports may not have known I made a
payment. She then stated that he should be able to go
back into the dispute and make changes. However, I
decided to file another dispute because I noticed she
does not follow through. The dispute came back the
exact same. Today is September 7th. My credit has
not been updated since May. How is this even
possible? Someone is not doing their job. My next step
is to report the company to BBB for fraudulent
reporting!!! My credit is screwed!! I can't even get a
credit increase.



Q           📂          🔖          ⊙
Search     Projects   Collections    Me

<              ◯              |◻|

SUPERIOR COURT 000037





10:44

**For you**

Dashboard    Tax    Credit    Debt    Property

TransUnion
**677**
Fair
Last checked today

Equifax
**661**
Fair
▼ 25 pts  today

**Powered by turbotax**

Your tax filing status

# Complete

**Continue to refund tracker**

## Shop and compare cards picked for you

Legal Disclosure

Your chances of Approval are

# Outstanding*

↓ More updates

No more second-guessing – explore cards tailored

For you    Cards    Loans    Insurance    Money

SUPERIOR COURT 000039



1:40 ☪    ⏰ 5G UC ◢ 🔋

**Credit Alerts**    ✕

 CREDIT MONITORING                03/19/26

# Balance past due

It looks like a lender has marked one of your accounts as delinquent. This happens when an account is more than 30 days past due.

Keep in mind, we monitor all accounts on your credit report, not just the ones you have with Chase.

**ACCOUNT INFORMATION**

Lender                      LIFEASSET, INC ⓘ

Current balance             $153.00

### What you can do next

 Pay at least the minimum balance as soon as you can.

 Check your **credit report** regularly to make sure the payment has posted.

 If you can't pay the minimum balance and would like to explore payment options, contact your lender at **202-709-0652**.

# Explore more





SUPERIOR COURT 000041



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ Civil Actions Branch
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ Landlord & Tenant Branch
510 4ᵗʰ Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ Small Claims & Conciliation Branch
510 4ᵗʰ Street, N.W.
Room 119
Washington, D.C. 20001
Telephone: (202) 879-1120

_____
                    Plaintiff
        v.                                    CASE NUMBER: _____
_____
                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____
_____
_____
_____
_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                 Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number            City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                      Name

_____          _____
Street Address                            Street Address

_____          _____
City, State, Zip                          City, State, Zip

_____          _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5

SUPERIOR COURT 000042

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION
APR 02 2026
Superior Court of the
District of Columbia

Civil Action No. 2026-CAB-001910

Ayyub Sulaiman    VS    Lifeasset
**Plaintiff**            **Defendant**

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Ayyub Sulaiman_ under oath do hereby state the following:

That my age and date of birth are as follows: _48 years  August 8, 1977_

That the residential or business address is: _5315 Connecticut Ave N.W. #202_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _Life Asset_ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _26_ day of _March_ ,20 _26_ .

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:**

_____
Signature

Subscribed and sworn before me this _2nd_ day of _April_ 20 _26_

_____
**Notary/Deputy Clerk**

NOTE: A separate Affidavit of Service is required for each named Defendant



# USPS Tracking®

FAQs >

Tracking Number:                    Remove ✕

## 9589071052703260663470

⧉ Copy    🏃 Add to Informed Delivery



### Latest Update

Your item was delivered to an individual at the address at 1:33 pm on March 26, 2026 in WASHINGTON, DC 20009.

_____

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

✅ **Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20009
March 26, 2026, 1:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



SUPERIOR COURT 000044



SUPERIOR COURT 000045



USPS TRACKING #

CAPITAL DISTRICT 208

26 MAR 2026 PM 1 L

9590 9402 8614 3244 9716 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ayyub Sulaiman
5315 Connecticut Ave NW
#202 Washington DC 20015

2001 5-186899



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Avenue, NW, Washington, DC 20001
(202) 879-1010 | www.dccourts.gov

FILED
CIVIL DIVISION
APR 02 2026
Superior Court of the
District of Columbia

Case Caption: _Ayyub Sulaiman vs - LifeAsset_    Case Number: _2026-CAB-00 1910_

**Notice to Court**
(Praecipe)

The Clerk of said Court will please:

☐ Enter my appearance for _____ in the above-mentioned case.

☐ Update the record in this case to reflect my correct/new address. My correct/new address is:

_____    _____
Street Address                      City and State

_____    _____
Apartment/Suite/Unit Number              Zip Code

☑ Other: _I have entered a copy of my experian Report that shows that life asset has Reported that I owe 153. I paid life asset 152 on January 5, 2026_

| Plaintiff / Petitioner or Attorney Name: (Print Name) | Defendant / Respondent or Attorney Name: (Print Name) | |
|---|---|---|
| Ayyub Sulaiman | LifeAsset | |
| Address: | Address: | |
| 5315 Connecticut Ave N.W #22 | 1640 Columbia Rd N.W #104 | |
| Signature: | Signature: | |
| | | |
| Email Address: | Email Address: | |
| ayyubsulaiman666@Gmail.Com | | |
| Telephone Number: | Attorney Bar Number: | Telephone Number: | Attorney Bar Number: |
| 4579-6368 | | | |

SUPERIOR COURT 000047

**Your Potentially Negative Account Activity (Continued)**

## LIFEASSET, INC Partial Acct # 19576....
2448 18TH ST NW STE A WASHINGTON DC 20009; (202) 709 0652

**Status (Dec 2025)** Open. $54 past due as of Dec 2025.

| | |
|---|---|
| **Date opened** Mar 2025 | **Terms** 12 Months | **Recent Balance** $153 as of Dec 2025 |
| **Address ID #** 0033778737 | **Monthly payment** $33 | By Aug 2032, this account is scheduled to go to a positive status. |
| **Type** Business | **Credit limit or original amount** $378 | |
| **Responsibility** Individual | **High Balance** Not reported | |
| **Interest Type** Unknown | | |

**Payment history:** Mar 2025 - Dec 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 |



| | Nov25 | Oct25 | Sep25 | Aug25 | Jul25 | Jun25 | May25 | Apr25 | Mar25 |
|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $151 | $148 | $148 | $180 | $211 | $243 | $274 | $305 | $379 |
| **Date Payment Received** | 10.22.25 | 10.22.25 | 09.04.25 | 08.04.25 | 07.03.25 | 06.04.25 | 05.02.25 | 04.17.25 | No Data |
| **Scheduled Payment Amount** | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 |
| **Actual Amount Paid** | No Data | $148 | $33 | $33 | $33 | $33 | $33 | $33 | No Data |

The original amount of this account was $378

 # Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

## AUSTIN CAPITAL BANK SSB Partial Acct # 8A9742....
PO BOX 530069 ATLANTA GA 30353; (512) 693 3600

**Status (Feb 2026)** Open/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Secured Loan | **Date opened** Jul 2025 | **Address ID #** 0033778571 | **Credit limit or original amount** $10,000 | **Recent Balance** $9,628 as of Feb 2026 | **Responsibility** Individual |
| **Terms** 120 Months | **Monthly payment** $125 | **High Balance** Not reported | **Recent payment** $125 as of 02/20/2026 | | |
| **Interest Type** Fixed | | | | | |

| | Jan26 | Dec25 | Nov25 | Oct25 | Sep25 | Aug25 |
|---|---|---|---|---|---|---|
| **Account Balance** | $9,682 | $9,735 | $9,790 | $9,842 | $9,897 | $9,948 |
| **Date Payment Received** | 01.20.26 | 12.20.25 | 11.20.25 | 10.20.25 | 09.20.25 | 08.20.25 |
| **Scheduled Payment Amount** | $125 | $125 | $125 | $125 | $125 | $125 |
| **Actual Amount Paid** | $125 | $125 | $125 | $125 | $125 | $125 |

The original amount of this account was $10,000

## BRIGIT/COASTALCBK/ARY Partial Acct # 573....
32 6TH AVE FL 13C NEW YORK NY 10013; (833) 742 0200

**Status (Nov 2025)** Paid, Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Note Loan | **Date opened** Sep 2025 | **Address ID #** 0033778571 | **Credit limit or original amount** $600 | **Recent Balance** Not reported | **Responsibility** Individual |
| **Terms** 24 Months | **Monthly payment** Not reported | **High Balance** Not reported | | | This account is scheduled to continue on record until Nov 2035. |
| **Interest Type** Fixed | | | | | |

SUPERIOR COURT 000048



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Avenue, NW, Washington, DC 20001
(202) 879-1010 | www.dccourts.gov

> FILED
> CIVIL DIVISION
> MAY 1 4 2026
> Superior Court of the
> District of Columbia

**Case Caption:** Ayyub Sulaima

VS

Life Asset

**Notice to Court**
(Praecipe)

**Case Number:** 2026 CAB 1910

The Clerk of said Court will please:

☐ Enter my appearance for _____ in the above-mentioned case.

☐ Update the record in this case to reflect my correct/new address. My correct/new address is:

_____          _____
Street Address                              City and State

_____          _____
Apartment/Suite/Unit Number                 Zip Code

☑ Other: I am Entering Supporting Documents for my case that Reflect that on January 2, 2026 I paid my account Ballance in full. The other Document is an Equifax Report that reflects that My account was 30 days Behind as of January 2, 2026

| Plaintiff / Petitioner or Attorney Name: (Print Name) | Defendant / Respondent or Attorney Name: (Print Name) |
|---|---|
| Ayyub Sulaim | |
| Address: 5315 Connecticut Ave N-W #202 Washington DC 20015 | Address: |
| Signature: [signature] | Signature: |
| Email Address: ayyub silaman 66@Gmail.com | Email Address: |
| Telephone Number: 2/579-6368 | Attorney Bar Number: | Telephone Number: | Attorney Bar Number: |

SUPERIOR COURT 000049



Life Asset, Inc.
1640 Columbia Rd. N.W.
Washington, D.C. 20009
(202) 709-0652| LifeAsset.org

April 24, 2026

Ayyub Sulaiman
DBA: DC 222 LLC
5315 Connecticut Ave. NW
Washington, D.C. 2001

Dear Ayyub,

On January 2, 2026, your Life Asset loan #1957-632 was paid in full.

We hope you continue taking steps to grow your business and build a strong financial future. Life Asset is here to support you with your business, so please stay in touch.

Sincerely,

Leila Drici
Client Support Specialist

SUPERIOR COURT 000050

The original amount of this account was $500

## ✉ Contact Info

Address

2448 18TH ST NW STE A,
WASHINGTON DC 20009

Phone Number

(202) 709-#652

# LIFEASSET, INC

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | LIFEASSE⁻, INC |
| Account Number | 19576XX⊁X |
| Account Type | Business |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 03/05/2025 |
| Status | Paid, Closed. |
| Status Updated | Jan 2026 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $378 |
| Highest Balance | - |
| Terms | 12 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 30 | — | — | — | — | — | — | — | — | — | — | — |
| 2025 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    30  Past due 30 days

### Payment history guide

30 days past due as of Jan 2026

SUPERIOR COURT 000051



FILED
CIVIL DIVISION

MAY 2 7 2026

Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

AyyubSulaiman _Plaintiff_

vs.

LifeAsset In _Defendant_

Case No. 2026-CAB-601910

## MOTION - (Pro-Se)

MOTION OF: Ayyub Sulaiman          for/to Increase Suite request for

(State briefly what you want the Court to do) Damages two 250,000 USD I believe
that they have really operated passed acceptable
fair reporting practices specifically negating our original
contract 1" Licensed Insurance Agent and Class A CDL driver

Printed name: Ayyub Sulaiman

Signature:

Address: 5315 connecticut Ave N.W #202

Home phone no. 2-579-6308

Business phone no.

## CERTIFICATE OF SERVICE

On _____ 20___ I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |

Signature

## POINTS AND AUTHORITIES

( Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support
your reasons.)

_____

_____

_____

_____

_____

Signature

Form CV(6) - 393 Jul 2019

SUPERIOR COURT 000052



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Plaintiff*

vs.

Case No. _____

*Defendant*

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____

**ORDERED**:

1. That the motion be, and it is hereby,          ☐ **Granted**          ☐ **Denied**

2. That _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____
Judge

Form CV(7) – 545 / Jul 2019

SUPERIOR COURT 000053

The Honorable Judge Robert D. Okun

500 Indiana Ave N.W., Washington, D.C

20001

Re: Credit Reporting Negligence and Damages Caused by Life Asset and John Kavyahu

Dear Judge Okun,

My name is Ayyub Sulaiman. I submit this letter to explain the circumstances surrounding my dispute with Life Asset and the severe financial, professional, and emotional harm caused by inaccurate credit reporting and the failure of the company and its representative, Mr. John Kavyahu, to properly report my account status after payment.

I am a Class A truck driver with more than two decades of transportation experience. In November, I earned my bachelor's degree in business and began pursuing independent business ownership in the transportation industry. My long-term goal has been to establish and grow my own transportation company through disciplined financial planning, professional development, and maintaining strong personal and business creditworthiness.

Credit was not simply a convenience to me. It was the foundation of my ability to transition from employee to business owner. In the transportation industry, credit directly impacts access to insurance bonds, equipment financing, licensing approval, commercial underwriting, and even employment opportunities. Many transportation companies evaluate applicants using credit reporting as part of operational risk assessments. Maintaining a strong score above 680 was essential for my future business growth and professional advancement.

The issues in this case began when I worked directly with Mr. John Kavyahu regarding my account with Life Asset. Mr. Kavyahu informed me that he controlled the "guardrails" for reporting to the credit bureaus and stated that he would stop reporting until January 15, 2026, at which time I would pay the remaining balance, and the account could then be closed properly.

SUPERIOR COURT 000054

On January 2, 2026, I paid $152 toward the account pursuant to our agreement. Mr. Kavyahu then informed me that reporting to the credit bureaus would restart on February 1, 2026, and that the account would reflect appropriately.

However, on February 12, 2026, I contacted Mr. Kavyahu because reporting had still not resumed and my bank had alerted me that negative activity was affecting my credit profile. This immediately disrupted ongoing efforts to secure funding necessary for my transportation business, including insurance bonding, licensing requirements, and startup operational financing.

Then, on March 19, 2026, my credit monitoring service alerted me that Life Asset had reported that I had missed December and January payments. The report also falsely reflected that the account remained open and showed a balance of $153, one dollar more than the agreed payoff amount. This was devastating because the account had already been paid and should have been reported as closed with a zero balance.

Immediately after receiving this alert, I contacted Mr. Kavyahu again. During that conversation, he admitted that he had "forgotten" to restart the reporting and told me not to worry because he would immediately begin correcting the issue.

Your Honor, this situation raises serious concerns that require accountability and explanation.

First, Mr. Kavyahu stated that he had authority to control or stop reporting activity. I respectfully request clarification regarding whether he had authority to interfere with the accounting or reporting department and whether his actions directly caused inaccurate reporting to the credit bureaus.

Second, if the account had truly been paid as agreed, it is difficult to understand why the report failed to reflect:

1. That the account was closed,

2. That the account had been paid,

3. The accurate payoff amount, and

4. The date payment was received.

These are fundamental reporting responsibilities that materially affect a consumer's financial standing.

The damage caused by this reporting has been profound. My bank suspended processing connected to my transportation business expansion while investigating the derogatory reporting. The drop in my credit score damaged my ability to secure financing, bonding, and insurance approvals necessary to continue my licensing and operational growth plans.

I have worked diligently to maintain a clean professional record. I have no moving violations and maintain positive standing within the transportation industry. I completed my undergraduate studies specifically to build a future beyond employment and move into business ownership. I am now pursuing MBA studies despite this setback because education and entrepreneurship represent the next stage of my life and career development.

Since March 19, 2026, I have experienced severe emotional distress and anxiety because it felt as though everything I worked toward was collapsing due to inaccurate reporting and a lack of accountability. I have struggled to sleep and have lived under constant stress, fearing permanent damage to my professional future, reputation, and financial stability.

I respectfully believe that Life Asset and Mr. Kavyahu should be held accountable for the damage caused by inaccurate reporting, negligence, and failure to properly update my account status after payment. Forgetting to restart accurate reporting, or allowing false delinquency information to remain active, had real-world consequences that extended beyond numbers on a report. It damaged my reputation, increased my financial hardship, interrupted my business development process, and undermined years of hard work and planning.

SUPERIOR COURT 000056

I respectfully request that the Court consider the seriousness of these reporting failures and require Life Asset to fully explain:

• Who had authority over reporting decisions,

• Why was inaccurate information reported after the payoff?

• Why the account was not reported as closed,

• Whether Mr. Kavyahu interfered with accounting or reporting procedures,

• Why negative reporting continued despite payment,

• And what internal safeguards existed to prevent this type of harm?

I further respectfully request that this matter proceed without unnecessary continuance so the facts can be addressed promptly and fairly.

Thank you for your time and consideration.

Respectfully submitted,

Ayyub Sulaiman

5315 Connecticut Ave NW #202

Washington, DC 20015

202-579-6368

info@DC222LLC.com



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120



## 3 YEAR DRIVER RECORD

**Date :**   05-22-2026

**Name :**   **AYYUB SULAIMAN**
**Address :**   5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

| | | | |
|---|---|---|---|
| **License Number :** 3976388 | **Birth Date :** 08-08-1977 | **Sex :** MALE | **Good Points :** 3    **Total Current Points :** 0 |
| **Height :** 6 feet 00 inches | **Weight :** 270 lbs | **Hair :** BLACK | **Eyes :** BROWN |

### License/ID Details

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| A | CDL | 3976388 | REGULAR | VALID | 08-06-1999 | 07-18-2024 | 08-08-2032 |
| | Restrictions :<br>MUST WEAR GLASSES OR CONTACT LENSES | | | | | | |
| D | NCDL | 3976388 | REGULAR | CANCELLED | 08-06-1999 | 03-16-2018 | 08-08-2025 |
| D | NCDL | 3976388 | LEARNER | CANCELLED | 08-06-1999 | 02-22-2018 | 02-22-2020 |
| | Restrictions :<br>MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18<br>MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN | | | | | | |
| A | CDL | MDL34074462 2620 | LEARNER | CANCELLED | 08-06-1999 | 12-22-2000 | 12-08-2001 |
| | Restrictions :<br>MUST WEAR GLASSES OR CONTACT LENSES<br>MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN<br><br>Endorsements :<br>PASSENGER<br>DOUBLE/TRIPLE TRAILERS | | | | | | |
| D | NCDL | MDL34074462 2620 | REGULAR | CANCELLED | 08-06-1999 | 08-06-1999 | 05-07-2001 |
| | Restrictions :<br>MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18 | | | | | | |
| D | NCDL | MDL34074462 2620 | LEARNER | CANCELLED | 08-06-1999 | 10-19-1993 | 12-19-1993 |
| | Restrictions :<br>MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18<br>MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN | | | | | | |
| N/A | Over 21 years | 577981034 | ID CARD | EXPIRED | 11-07-1992 | 11-07-1992 | 11-07-1996 |
| N/A | Over 21 years | 3718441 | ID CARD | CANCELLED | 12-03-2015 | 12-03-2015 | 05-31-2016 |
| N/A | Over 21 years | 3821841 | ID CARD | CANCELLED | 05-11-2016 | 05-11-2016 | 08-08-2023 |
| N/A | Over 21 years | 4153070 | ID CARD | CANCELLED | 09-29-2017 | 09-29-2017 | 08-08-2025 |

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 1 | FAILURE TO COMPLY WITH CDL PHYSICAL EXAMINATION | N/A | 02-21-2024 | 02-27-2024 | RESTORED | DC | 02-27-2024 |



**Page 1 of 3**

SUPERIOR COURT 000058



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120



## 3 YEAR DRIVER RECORD

**Date :**  05-22-2026

**Name :**  AYYUB SULAIMAN
**Address :**  5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

| License Number : 3976388 | Birth Date : 08-08-1977 | Sex : MALE | Good Points : 3 | Total Current Points : 0 |
|---|---|---|---|---|
| Height : 6 feet 00 inches | Weight : 270 lbs | Hair : BLACK | Eyes : BROWN | |

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 2 | FAILED TO FILE MEDICAL CERTIFICATION/DISABILITY INFORMATION | OS CONVCTN | 02-21-2015 | INDEF | RESTORED | MD | 01-15-2016 |
| 3 | FAILURE TO APPEAR FOR TRIAL OR COURT APPEARANCE (DETAIL SOMETIMES REQUIRED) | OS CONVCTN | 06-08-2007 | INDEF | RESTORED | MD | 08-28-2007 |
| 4 | FAILURE TO APPEAR FOR TRIAL OR COURT APPEARANCE (DETAIL SOMETIMES REQUIRED) | OS CONVCTN | 07-28-2003 | INDEF | RESTORED | MD | 01-01-2001 |

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2021 | 1 | 01-01-2022 | N/A | N/A |
| 2023 | 1 | 01-01-2024 | N/A | N/A |
| 2025 | 1 | 01-01-2026 | N/A | N/A |

### Medical Certificate Information

**Medical Certificate Issue Date:** 01-14-2026   **Medical Certificate Expiration Date:** 01-14-2027
**Medical Certification Type:** NON-EXCEPTED INTERSTATE   **Medical Certification Status:** CERTIFIED
**Medical Certificate Post Date:** 01-15-2026

**Medical Examiner's Name:** NIGUSSIE  GELETA
**Medical Examiner's Registry No.:** 5108123786   **Medical Examiner's Telephone No.:** (202) 234-1234
**Medical Examiner's License No.:** MD043964
**Medical Examiner Licensed State:** DISTRICT OF COLUMBIA

**Medical Variance:**
**Waiver/Exemption Effective Date:** NOT AVAILABLE   **Skills Performance Evaluation Effective Date:** NOT AVAILABLE
**Waiver/Exemption Expiration Date:** NOT AVAILABLE   **Skills Performance Evaluation Expiration Date:** NOT AVAILABLE

**Medical Restriction(s):**
NOT APPLICABLE



SUPERIOR COURT 000059

 **GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Motor Vehicles**
**P.O. BOX 90120**
**WASHINGTON DC 20090-0120**



## 3 YEAR DRIVER RECORD

**Date :** 05-22-2026

**Name :** **AYYUB SULAIMAN**
**Address :** 5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

| | | | | |
|---|---|---|---|---|
| **License Number :** 3976388 | **Birth Date :** 08-08-1977 | **Sex :** MALE | **Good Points :** 3 | **Total Current Points :** 0 |
| **Height :** 6 feet 00 inches | **Weight :** 270 lbs | **Hair :** BLACK | **Eyes :** BROWN | |

### Class

A - ALL VEHICLES, EXCEPT MOTORCYCLES.
B - VEHICLES 26,001 POUNDS GVW OR MORE EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW. ALSO, MOPEDS.
C - VEHICLES UNDER 26,001 POUNDS GVW EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW. ALSO, MOPEDS.
D - VEHICLES UNDER 26,001 POUNDS FOR NON-COMMERCIAL AND PERSONAL USE, EXCEPT MOTORCYCLES. ALSO MOPEDS.

### License Type

CDL  - Commercial Driver License
NCDL - Non-Commercial Driver License

~ ~ ~

*THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA, DEPARTMENT OF MOTOR VEHICLES(DC DMV),*
*MAINTAINED UNDER A DUTY IMPOSED BY LAW. DC DMV CERTIFIES THAT THE INFORMATION CONTAINED HEREIN*
*IS A TRUE AND ACCURATE RECORD.*



SUPERIOR COURT 000060

10:21



**LIFEASSET**
Reported: Nov. 30, 2025

**$151.00**
In good
standing

## Overview

You have **40%** left to pay on this loan.

| Balance | Highest Balance |
|---|---|
| $151 | $378 |
| Monthly payment | $33 |
| Opened | Mar. 05, 2025 (1 yr, 2 mos) |
| Term | 12 months |

## Payment History

You've made **100%** of payments for this account on time.



|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 |  |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |

✓ Current     ✗ Late     ● Unknown

⚠ Derogatory

| Last payment | Oct. 22, 2025 |
|---|---|
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

11:21  ck                              ⏰ 5G UC ◢ 🔋

✕      **INTUIT**
       **creditkarma**



| Balance | Highest Balance |
|---|---|
| $151 | $378 |

Monthly payment                          $33

Opened                    Mar. 05, 2025 (1 yr, 2 mos)

Term                              12 months

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |

✓ Current      ✕ Late      ● Unknown
⚠ Derogatory

Last payment                          Oct. 22, 2025

Current Payment Status                  Current

Worst Payment Status                    Current

## Account Details

Account status                          Open

Type                                Business

Responsibility                      Individual

Remarks                              No Info

‹              ○              |▯|

SUPERIOR COURT 000062

10:22 ☁ ☁                           ⏰ 📳 5G UC ◢ 🔋

✕

| Last payment | Oct. 22, 2025 |
|---|---|
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Business |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90+ days late | 0/0/0 |
| Closed | No Info |

### See an error?

### Dispute

Something not right? Visit the Dispute Center to submit or check the status of an ongoing dispute with TransUnion.

Go to dispute center

### Creditor Information

LIFEASSET
2248A 18TH ST NW
WASHINGTON, 20009

<      ◯      |▯|

SUPERIOR COURT 000063

# Business Plan

# DC 222, LLC

5315 Connecticut Ave NW #202
Washington, DC 20015

Phone: 202-579-6368

Email: info@DC222LLC.com

**Owner: Ayyub Sulaiman**

SUPERIOR COURT 000064

Confidentiality Agreement

The undersigned reader acknowledges that the information provided by DC 222, LLC in this business plan is confidential; therefore, the reader agrees not to disclose it without the express written permission of Ayyub Sulaiman.

It is acknowledged by the reader that information to be furnished in this business plan is in all respects confidential in nature, other than information which is in the public domain through other means, and that any disclosure or use of same by the reader may cause serious harm or damage to DC 222, LLC.

Upon request, this document is to be immediately returned to Ayyub Sulaiman.

_____
Signature

_____
Name (Typed or Printed)

_____
Date

*This is a business plan. It does not imply an offering of securities.*

SUPERIOR COURT 000065

# DC 222, LLC

# Integrated Carrier–Broker Operations

# Strategic Business Plan

**Headquarters:** 5315 Connecticut Ave NW #202, Washington, DC 20015

**Phone:** 202-579-6368

**Email:** info@DC222LLC.com

DC 222, LLC is a Washington, DC–based transportation and logistics company focused on scalable freight coordination, centralized operational accountability, brokerage integration, compliance-forward execution, and long-term transportation infrastructure growth.

SUPERIOR COURT 000066

# 1.0 Executive Summary & Company Overview

Founded in February 2018, DC 222, LLC is a minority-owned transportation and logistics company focused on integrated carrier–broker operations throughout Northeast and Southeast regional freight corridors. The company operates under a vertically integrated transportation structure designed to align operational control, compliance oversight, brokerage coordination, and freight execution under one centralized authority. This operational strategy reduces fragmentation commonly experienced within traditional broker-only transportation structures while improving escalation management, communication reliability, pricing discipline, and first-mile execution. DC 222, LLC continues positioning itself for scalable growth through disciplined operational expansion, brokerage integration, recurring freight coordination, equipment utilization, and government transportation opportunities. The company's long-term objective is to evolve into a scalable transportation infrastructure platform capable of supporting multi-lane freight operations, centralized logistics coordination, and long-term operational sustainability.

| Category | Operational Position |
| --- | --- |
| Business Model | Integrated Carrier–Broker Operations |
| Primary Freight Region | Northeast / Southeast Lanes |
| Target Market | Government & Commercial Freight |
| Operational Focus | Unified Accountability & Compliance |
| Scalability Driver | Equipment + Brokerage Expansion |

# 2.0 Market Position & Services

The transportation industry continues experiencing elevated demand due to supply chain volatility, increasing operational expectations, equipment shortages, and growing pressure surrounding freight visibility and compliance reliability. DC 222, LLC focuses specifically on freight sectors requiring reliable first-mile execution, centralized operational oversight, fast escalation response, and consistent customer communication throughout regional freight movements. The company provides transportation and logistics services through an integrated operational framework combining freight hauling, brokerage coordination, customer logistics support, and compliance-forward freight execution.

| Core Operational Services |
| --- |
| Regional Freight Transportation |
| Government Freight Coordination |
| Dedicated Lane Operations |
| Brokerage Freight Management |
| GPS Shipment Visibility |
| Operational Escalation Management |

Customer Scheduling & Support

SUPERIOR COURT 000068

# 3.0 Growth Strategy & Revenue Scalability

The scalability of DC 222, LLC is driven by transportation infrastructure expansion, brokerage integration, operational density, recurring freight coordination, and government freight positioning. The company's integrated operational model creates the ability to scale freight operations while maintaining centralized accountability and pricing discipline.

| Growth Vehicle | Operational Impact |
|---|---|
| Equipment Expansion | Increases freight capacity and lane density |
| Brokerage Integration | Captures internal freight margins |
| Government Contracts | Creates recurring transportation volume |
| Driver Expansion | Improves operational throughput |
| Integrated Operations | Improves retention and accountability |

| Year | Projected Revenue | Primary Growth Driver |
|---|---|---|
| Year 1 | $250,000 | Initial Freight Operations |
| Year 2 | $850,000 | Equipment + Brokerage Expansion |
| Year 3 | $1,800,000 | Integrated Carrier–Broker Operations |
| Year 4 | $3,000,000 | Government Contract Expansion |
| Year 5 | $5,000,000 | Transportation Infrastructure Scaling |



DC 222 LLC Revenue Growth Projection

# 4.0 Financial Projection & Profitability

The projected profit and loss structure reflects operational scalability, increasing freight density, centralized compliance management, improved equipment utilization, and operational leverage through brokerage integration. As transportation volume increases, EBITDA margins improve through recurring freight concentration, route efficiency, centralized accountability, and scalable operational coordination.

| Category | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Revenue | $250,000 | $850,000 | $1,800,000 |
| Cost of Operations | ($110,000) | ($340,000) | ($650,000) |
| Payroll & Drivers | ($55,000) | ($180,000) | ($420,000) |
| Insurance & Compliance | ($18,000) | ($42,000) | ($90,000) |
| Fuel & Maintenance | ($22,000) | ($95,000) | ($180,000) |
| Administrative & Brokerage | ($15,000) | ($55,000) | ($110,000) |
| EBITDA | $30,000 | $138,000 | $350,000 |
| EBITDA Margin | 12% | 16% | 19% |



Projected EBITDA Expansion

SUPERIOR COURT 000070

# 5.0 Management & Risk Oversight

Operations are led by Ayyub Sulaiman with support from outsourced compliance management, maintenance coordination, factoring support, bookkeeping, roadside services, and administrative partnerships. The company's operational structure prioritizes regulatory compliance, centralized accountability, equipment reliability, driver retention, and scalable freight coordination.

| Risk Category | Mitigation Strategy |
|---|---|
| Insurance | Maintain compliant commercial transportation coverage |
| Compliance | Centralized FMCSA and DOT operational oversight |
| Fuel Volatility | Route optimization and operational discipline |
| Labor | Driver retention and operational support |
| Equipment Downtime | Preventive maintenance coordination |

DC 222, LLC is positioned to scale through integrated transportation operations, brokerage coordination, government freight opportunities, and centralized operational accountability. The company's vertically integrated structure strengthens freight execution, stabilizes pricing discipline, improves escalation management, and creates a scalable transportation platform capable of long-term infrastructure growth within high-demand freight corridors.

**DC 222, LLC**

5315 Connecticut Ave NW #202, Washington, DC 20015

202-579-6368 | info@DC222LLC.com

SUPERIOR COURT 000071

eFiled
5/19/2026 1:12:34 PM
Superior Court
of the District of Columbia

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

_____
AYYUB SULAIMAN,                  )
                                 )
    Plaintiff,                   )
                                 )
    v.                           )    Civil Action No.: 2026-CAB-1910
                                 )    Judge: Judge Robert D. Okun
LIFE ASSETS,                     )    Next Event: 07/10/2026 Initial Scheduling
                                 )                     Conference
    Defendants,                  )
                                 )
_____)

**DEFENDANT LIFE ASSET, INC.'S**
**MOTION FOR LEAVE TO LATE FILE RESPONSIVE PLEADING**

Defendant Life Asset, Inc. (improperly plead as "Life Assets"), by counsel, Carr Maloney P.C. and pursuant to D.C. Super. Ct. R. 6(b)(1), submits this Motion for Leave to Late File its responsive pleading to Plaintiff Ayyub Sulaiman's Complaint.,

1. Plaintiff filed his Complaint on March 24, 2026 arising out of the repayment of a microloan he allegedly received from Life Asset in January 2025. Plaintiff seeks $100,000 in damages for a purported 25-point drop in his credit score, which he attributes to Life Asset's alleged mistaken reporting of his microloan repayment as past due.

2. Plaintiff mailed the Complaint and Summons to Life Asset at the address of 1640 Columbia Rd. N.W. Washington, D.C. 20009 on March 26, 2026. *See* Affidavit of Service, appended as Exhibit A at p. 3 (postage scan). The Affidavit of Service erroneously identifies Life Asset's address as 5315 Connecticut Ave., N.W., #202. *Id.* at p. 1. On both the Complaint and Affidavit of Service, it is unclear whether Plaintiff identified Life Asset's suite as #104 or #404.

3. Life Asset's correct address is 1640 Columbia Rd. N.W. , Suite 104, Washington, D.C. 20009.

4.      Life Asset did not actually receive the Complaint and Summons until April 13, 2026, as it was delivered to a shared mailroom in the office building. At that time, Life Asset did not understand the Complaint to have been served upon it. Nonetheless, Life Asset notified its insurance carrier of the Complaint, and undersigned counsel was retained May 15, 2026. Counsel has worked quickly and diligently to investigate the service of the Complaint, the allegations therein, and prepare a response. Life Asset's proposed responsive pleading is filed herewith as Exhibit B.

5.      D.C. Super. Ct. R. 6(b)(1)(B) permits the extension of time for filing a pleading where the moving party demonstrates excusable neglect. In evaluating whether a moving party has demonstrated excusable neglect, the court will look at "the length of delay, the reason for delay, whether the movant acted in good faith, and the danger or prejudice to the nonmoving party." *Fam. Fed'n for World Peace & Unification Int'l v. Moon*, 338 A. 3d 10, 40.

6.      Here, all four factors weigh in favor of extending the time for Life Asset to file a responsive pleading.

7.      *Length of Delay*: Life Asset's delay in responding to the Complaint is minimal and reasonable. The responsive pleading would have been due April 16. The responsive pleading, lodged with this filing, is only 33 days late. No other deadlines have been set—and therefore no other deadlines have been missed—during this time frame. In fact, the scheduling conference is not until July 10, 2026.  Life Asset also submitted this pleading within three business days of retaining counsel.

8.      *Reason for Delay*: As set forth above, Life Asset's delay was caused by three factors, each reasonable. First, the Complaint and Summons were delivered to a shared mailroom, not delivered directly to a representative of Life Asset. Eighteen days passed before Life Asset

2

actually received the Complaint and Summons. Second, due to the confusion over the mailing of the Complaint, Life Asset did not understand the Complaint to have been actually served upon it at that time. Third, time was needed between Life Asset's notification of this claim to the insurance company and the assignment of counsel.

9.      *Good Faith*: Life Asset acted in good faith in its initial belief that the Complaint had not been served upon it, but nonetheless moving forward to advise its insurance and retain counsel. Upon retention of counsel, Life Asset filed this Motion and its responsive pleading promptly.

10.      *No Prejudice to Plaintiff*: At this early stage of the case, with no scheduling order, trial date, or other relevant deadlines, Plaintiff will not be prejudiced by the Court allowing Life Asset to file its responsive pleading. The initial scheduling conference is set for July 10, and full briefing on Life Asset's responsive pleading should occur before that date. Conversely, Life Asset will be prejudiced by its inability to argue the merits of its defense if an extension of time is not granted.

For these reasons, Defendant Life Asset, Inc. (misidentified as "Life Assets") respectfully requests that this Court grant its Motion for Leave to Late File, deem the responsive pleading lodged as Exhibit B timely filed, and grant all other relief deemed appropriate. A proposed Order to this effect accompanies this Motion.

3

SUPERIOR COURT 000074

LIFE ASSET, INC.

By Counsel

*/s/ Colin D. Neal*
Matthew D. Berkowitz, D.C. Bar #417928
Colin D. Neal, D.C. Bar #90002583
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
matthew.berkowitz@carrmaloney.com
colin.neal@carrmaloney.com

## RULE 12-I(a) CERTIFICATION

Pursuant to D.C. Super. Ct. R. 12-I, I hereby certify that I made a good faith effort to resolve or dispute of the issues in dispute in this Motion before filing. On May 18, 2026, I called the number identified by Plaintiff on the Complaint, but the phone line did not appear to be connected.

*/s/ Colin Neal*
Colin Neal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19th day of May, 2026 that I electronically filed and e-served a copy of the foregoing Motion for Leave, with a copy via U.S. Mail to:

Ayyub Sulaiman, *pro se*
5315 Connecticut Ave. N.W. # 202
Washington, D.C. 20015

*/s/ Colin Neal*
Colin Neal

4

**IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

|  |  |  |
|---|---|---|
| AYYUB SULAIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2026-CAB-1910 |
| | ) | Judge: Judge Robert D. Okun |
| LIFE ASSETS, | ) | Next Event: 07/10/2026 Initial Scheduling |
| | ) | Conference |
| Defendants, | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE

Before the Court is Defendant Life Asset, Inc.'s (incorrectly identified as "Life Assets") Motion for Leave to Late File its pleading in response to the Complaint. Upon consideration of the Motion and any opposition thereto, it is this _____ day of _____, 2026, hereby

ORDERED that the Motion for Leave to Late File is hereby GRANTED; it is further

ORDERED that Defendant's Motion to Dismiss, lodged with the Court as Exhibit B to the Motion for Leave to Late File, is hereby accepted as Defendant's responsive pleading and deemed timely filed.

IT IS SO ORDERED.

_____
Hon. Robert D. Okun
Judge, Superior Court of the District of Columbia

Copies to all counsel/parties of record.

5

SUPERIOR COURT 000076

**EXHIBIT**

**A**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

*FILED*
*CIVIL DIVISION*
*APR 0 2 2026*
*Superior Court of the*
*District of Columbia*

**Civil Action No.** 2026-CAB-001910

Ayyub Sulaimon ___ VS ___ Lifeasset ___
**Plaintiff**                      **Defendant**

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Ayyub Sulaimon_ under oath do hereby state the following:

That my age and date of birth are as follows: _48 years  August 8, 1977_

That the residential or business address is: _5315 Connecticut Ave N.W. #202_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _Life Asset_ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _26_ day of _March_ ,20 _26_ .

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:**

_____
Signature

**Subscribed and sworn before me this** _2nd_ **day of** _April_ **20** _26_

_____
**Notary/Deputy Clerk**

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

SUPERIOR COURT 000077



## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527032606663470



☐ Copy    🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 1:33 pm on March 26, 2026 in WASHINGTON, DC 20009.

**Get More Out of USPS Tracking:**

📑 USPS Tracking Plus®



### ✔ Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20009
March 26, 2026, 1:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



SUPERIOR COURT 000078

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Life Asset

1640 Columbia Rd NW
#104 Washington DC
20009

9590 9402 8614 3244 9716 01

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

CAPITAL DISTRICT 208

26 MAR 2026PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8614 3244 9716 01

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ayyub Sulaiman
5315 Connecticut Ave NW
#202 Washington DC 20015

2001 5-186899

SUPERIOR COURT 000080

EXHIBIT

B

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| AYYUB SULAIMAN, ⟩ | |
| ⟩ | |
|    Plaintiff, ⟩ | |
| ⟩ | |
|    v. ⟩ | Civil Action No.: 2026-CAB-1910 |
| ⟩ | Judge: Judge Robert D. Okun |
| LIFE ASSETS, ⟩ | Next Event: 07/10/2026 Initial Scheduling |
| ⟩ | Conference |
|    Defendants, ⟩ | |
| ⟩ | |

**DEFENDANT LIFE ASSET, INC.'S MOTION TO DISMISS**

Defendant Life Asset, Inc. (improperly plead as "Life Assets"), by counsel, Carr Maloney

P.C., and pursuant to Superior Court Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's

Complaint.

**INTRODUCTION**

The Complaint's threadbare allegations fail to put Life Asset on notice of Plaintiff's claims.

The Complaint contains no cause of action, no reference to any governing statute or common law

claim, and, ultimately, no suggestion of what law Life Asset is alleged to have improperly did. Life

Asset cannot reasonably defend against this Complaint, because Plaintiff failed to meet his

obligation to describe his claim for relief against Life Asset. According, the Complaint fails to state

a claim, and should be dismissed.

**FACTUAL BACKGROUND**

Plaintiff alleges in his Complaint that he received a microloan from Life Asset, Inc. in

January 2025 which had a monthly payment of $30. Life Asset is a nonprofit organization that

makes small business loans to D.C. entrepreneurs who do not qualify for a loan at a bank or other

financial institutions.[1] Plaintiff alleges that the remaining balance, as of January 2, 2026, was $152, which he paid off on that date. He further alleges that, in March 2026, credit reporting agencies reflected a report from Life Asset that he was behind in repayment in the amount of $152.

Plaintiff alleges that his credit score dropped 25 points in March 2026, to 673. Although Plaintiff asserts that this drop "will hurt [him] dramatically," he does not identify any active or prospective loan that has been impacted by the change to his credit score. Rather, he speculates that the drop in his credit rating hurts his chances of securing a loan for business he has not yet founded, and may impact the operation of the nonprofit at which he is employed.

### LEGAL STANDARD

A motion to dismiss under Rule 12(b)(6) of the District of Columbia Superior Court Rules of Civil Procedure is intended to test the legal sufficiency of the complaint. *See Duncan v. Children's Nat'l Med. Ctr.*, 702 A.2d 207, 210 (D.C. 1997). District of Columbia Rule 12 "is identical to its federal counterpart" and the court may "look to court decisions interpreting the federal rule as 'persuasive authority.'" *Bible Way Church of Our Lord Jesus Christ of the Apostolic Faith v. Beards*, 680 A.2d 419, 427 n.5 (D.C. 1996) (internal citations omitted).

"To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Although the court must accept all factual allegations in the complaint as true and draw all reasonable inferences in favor of the non-movant, "[a] pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action will not do'" it must tender more than "naked

---

[1] https://lifeasset.org/

2

assertions devoid of further factual enhancement." *Id.* at 678-79 (quoting *Twombly*, 550 U.S. at 570).

A *pro se* plaintiff's pleading may be reviewed under "less stringent standards than formal pleadings drafted by lawyers." *Haines v. Kerner*, 404 U.S. 519 520 (1972). "However, a *pro se* complaint must still plead 'factual matter that permits the court to infer more than the mere possibility of misconduct." *Carty v. Author Sols., Inc.*, 789 F. Supp. 2d 131, 135 (D.D.C. 2011) (quoting *Jones v. Horne*, 634 F.3d 588, 596 (D.C.Cir.2011) (internal citations and quotations omitted)).

**ARGUMENT**

A legally sufficient complaint must set forth "a short and plain statement of the claim showing that the pleader is entitled to relief." D.C. Super. Ct. R. 8(a)(2). This requirement can only be met if the complaint "fairly puts the defendant on notice of the claim against him[.]" *Duncan v. Children's Nat. Med. Ctr.*, 702 A.2d 207, 210 (D.C. 1997) (quoting *Nelson v. Covington*, 519 A.2d 177, 178 (D.C.1986)).

This Complaint does not meet that standard. Plaintiff fails to state sufficient facts that would allow Life Asset or this Court to draw an inference about the nature of his claim. *See Scott v. District of Columbia*, 493 A.2d 319, 323 (D.C. 1985). The most glaring issue in the Complaint is Plaintiff's failure to identify any cause of action against Life Asset. Plaintiff identifies no cause of action or statutory or common law authority for his claim. While this lack of specificity may not be fatal on its own, an ambiguous complaint can only be found to satisfy Rule 8 if factual allegations underpinning all elements of a cause of action are plead such that the Court and defendant can understand the nature of the claim brought. This has not been done.

3

SUPERIOR COURT 000083

To the best of Life Asset's ability to infer from this ambiguous Complaint, Plaintiff may be attempting to articulate a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2, *et seq.*[2] However, the ambiguity of the Complaint defeats Life Asset's ability to assess whether he is alleging an FCRA claim, and if so, what subsection of the FCRA Plaintiff's claim could be under. To the extent that he sets forth any facts to suggest a violation of the FCRA, Plaintiff suggests only that the information provided by Life Asset may not have been accurate. This would appear to possible implicate § 1681s-2(a). But, subsection (a) does not create a private right of action. *Ihebereme v. Cap. One, N.A.*, 933 F. Supp. 2d 86, 110-111 (D.D.C. 2013), *aff'd*, 573 F. App'x 2 (D.C. Cir. 2014), and *aff'd*, 573 F. App'x 2 (D.C. Cir. 2014). If his claim is under § 1681s-2(a), it should be dismissed as a matter of law.

If Plaintiff intends to bring a claim under § 1681s-2(b), which does provide a private right of action, the threadbare allegations in the Complaint fall short of pleading the elements of that claim to meet Rule 8's requirements in numerous respects. Plaintiff fails to allege (1) that Life Asset is a furnisher under the FCRA; (2) the amount of principal on his loan; (3) whether he was, at any time during the life of the loan, 30 days in arrears on repayment; (4) whether and when he disputed the reporting to Life Asset; (5) whether and when Life Asset conducted an investigation into any such dispute; (6) whether Life Asset's investigation was reasonable; (7) whether Life Asset reported the results of its investigation to the credit agencies. Because these facts have not been alleged, Plaintiff has not set forth allegations that would allow the Court to draw the inference of an actionable claim under the FCRA (or any other law). Dismissal is therefore appropriate.

---

[2] If Plaintiff's asserts that his claim arises from the Fair Credit Reporting Act, then this revelation would pose an additional complication of his statement of jurisdiction, as required by D.C. Super. Ct. R. 8(a)(1), as United States District Courts have original jurisdiction over cases arising out of federal law. 28 U.S.C. § 1331. The ambiguous pleading in the Complaint fails to inform Life Asset whether it is possible or appropriate to remove this case to federal court.

4

Any other cause of action that could be elucidated from the ambiguous Complaint is defeated by Plaintiff's failure to allege facts in support of a causal element between Life Asset's conduct and any damages he claims to have suffered. By his own allegations, his credit score dropped only 25 points, and this has not impacted him at all.[3] He does not allege to have been denied a loan application. He does not allege that he has been offered higher interest rates. Instead, he raises a mere specter that this 25 point drop will "dramatically" hurt his chances at applying for an unidentified, future loan. This is too speculative to establish causation for any cause of action Plaintiff could assert against Life Asset.

## CONCLUSION

For these reasons, Defendant Life Asset, Inc. respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiff Ayyub Sulaiman's Complaint with prejudice, and grant all other relief deemed appropriate.

---

[3] Indeed, multiple courts across the country have held that allegations regarding a decrease in credit scores are speculative and do not give rise to a claim. *See, e.g., Hickson v. Experian Info. Sols., Inc.,* No. 6:21-CV-00370-AA, 2023 WL 2734795, at *4 (D. Or. Mar. 31, 2023) (dismissing FCRA claim because allegations that a decrease in credit score was speculative and conclusory and noting that there is no affirmative duty on furnishers/banks to ensure that FICO scores produce accurate credit score results); *Warnock v. State Farm Mut. Auto. Ins. Co.,* No. 08–CV–01, 2008 WL 4594129, at *4 (S.D. Miss. Oct. 14, 2008) ("[D]amage to [a] plaintiff's credit score ... is speculative and not properly recoverable in the instant [civil RICO] action.").

SUPERIOR COURT 000085

LIFE ASSET, INC.

By Counsel

*/s/ Colin D. Neal*
Matthew D. Berkowitz, D.C. Bar #417928
Colin D. Neal, D.C. Bar #90002583
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
matthew.berkowitz@carrmaloney.com
colin.neal@carrmaloney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 19th day of May, 2026 that I electronically filed and e-served a copy of the foregoing Memorandum in Support of Motion to Dismiss, with a copy via U.S. Mail to:

Ayyub Sulaiman, *pro se*
5315 Connecticut Ave. N.W. # 202
Washington, D.C. 20015

*/s/ Colin Neal*
Colin Neal

6

**IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| AYYUB SULAIMAN,           ) | |
|          ) | |
|     Plaintiff,      ) | |
|          ) | |
|     v.        ) | Civil Action No.: 2026-CAB-1910 |
|          ) | Judge: Judge Robert D. Okun |
| LIFE ASSETS,        ) | Next Event: 07/10/2026 Initial Scheduling |
|          ) | Conference |
|     Defendants,    ) | |
|          ) | |

## <u>ORDER GRANTING LIFE ASSET'S MOTION TO DISMISS</u>

Before the Court is Defendant Life Asset, Inc.'s Motion Rule 12(b)(6) Motion to Dismiss.

Upon consideration of the Motion and any opposition thereto, it is this _____ day of

_____, 2026, hereby

ORDERED that the Motion to Dismiss is hereby GRANTED; it is further

ORDERED that Plaintiff Ayuub Sulaiman's Complaint is hereby DISMISSED, with

prejudice.

IT IS SO ORDERED.


_____
Hon. Robert D. Okun
Judge, Superior Court of the District of Columbia


Copies to all counsel/parties of record.

7



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION

MAY 19 2026

Court of the
...bia

Ayyub Sulaiman ___Plaintiff

vs.

Life Asset ___Defendant

Case No. 2026-CAB-001910

## OPPOSITION - (Pro-Se)

OPPOSITION OF: Ayyub Sulaiman   to   Motion to Deny Defendant

(State briefly what you want the Court to do)  Motion for Leave to Late Response

This is a misjustice to my case seeing that I feel
John Kayyalu had more than enough time to start reporting
my credit accurately. He bypassed accountly and that is the issue

Printed name:
Ayyub Sulaiman

Address: 5315 Connecticut Ave N.W
# 202 Washington DC. 20015

Signature: Ayyab Sulm

Home phone no. 2-579-6368
Business phone no.

## CERTIFICATE OF SERVICE

On _____ 20____ I mailed this opposition to all the lawyers in the
case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |

Ayyub Sulm
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your opposition and include Court rules, laws and cases, if any, that
support your reasons.)

_____

_____

_____

_____

Jul 2019

Signature

SUPERIOR COURT 000088



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Plaintiff_

vs.

Case No. _____

_Defendant_

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____

**ORDERED**:

1.  That the motion be, and it is hereby,        ☐ **Granted**        ☐ **Denied**

2. That _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____
Judge

Form CV(7) – 545 / Jul 2019

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| AYYUB SULAIMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2026-CAB-1910 |
| | ) Judge: Judge Robert D. Okun |
| LIFE ASSETS, | ) Next Event: 07/10/2026 Initial Scheduling |
| | ) Conference |
| Defendants, | ) |
| | ) |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearances of Matthew D. Berkowitz and Colin D. Neal

as counsel for Defendant Life Asset, Inc. (improperly plead as "Life Assets").

LIFE ASSET, INC.

By Counsel

*/s/ Matthew D. Berkowitz*_____
Matthew D. Berkowitz, D.C. Bar #417928
Colin D. Neal, D.C. Bar #90002583
Carr Maloney P.C.
2000 Pennsylvania Avenue, NW, Suite 8001
Washington, D.C.  20006
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)
matthew.berkowitz@carrmaloney.com
colin.neal@carrmaloney.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 1st day of June, 2026 that I electronically filed and e-served a copy of the foregoing, with a copy via U.S. Mail to:

Ayyub Sulaiman, *pro se*
5315 Connecticut Ave. N.W. # 202
Washington, D.C. 20015


/s/ Matthew D. Berkowitz
Matthew D. Berkowitz

2



FILED
CIVIL DIVISION

MAY 27 2026

Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Ayyub Sulaiman _Plaintiff_

vs.

Life Asset In _Defendant_

Case No. 2026-CAB-001910

## MOTION - (Pro-Se)

MOTION OF: Ayyub Sulaiman     for/to Increase Suite request for

(State briefly what you want the Court to do) Damages two 250,000 USD I believe that they have really operated passed acceptable fair reporting practices specifically negating our original contract 1'' Licensed Insurance Agent and Class A CDL driver

Printed name: Ayyub Sulaiman

Signature:

Address: 531 Connecticut Ave N.W #202

Home phone no. 1-579-6308

Business phone no.

## CERTIFICATE OF SERVICE

On _____ 20___ I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: | Name: |
|---|---|
| Address: | Address: |

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Signature

Form CV(6) - 393 Jul 2019

SUPERIOR COURT 000092



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____
_Plaintiff_

vs.                                      Case No. _____

_____
_Defendant_

**ORDER**

Upon consideration of the motion _____
filed by _____
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____
day of _____, 20 _____

**ORDERED**:

1. That the motion be, and it is hereby,          ☐ **Granted**          ☐ **Denied**

2. That _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Copies to:

_____
Judge

Form CV(7) – 545 / Jul 2019

SUPERIOR COURT 000093

The Honorable Judge Robert D. Okun

500 Indiana Ave N.W., Washington, D.C

20001

Re: Credit Reporting Negligence and Damages Caused by Life Asset and John Kavyahu

Dear Judge Okun,

My name is Ayyub Sulaiman. I submit this letter to explain the circumstances surrounding my dispute with Life Asset and the severe financial, professional, and emotional harm caused by inaccurate credit reporting and the failure of the company and its representative, Mr. John Kavyahu, to properly report my account status after payment.

I am a Class A truck driver with more than two decades of transportation experience. In November, I earned my bachelor's degree in business and began pursuing independent business ownership in the transportation industry. My long-term goal has been to establish and grow my own transportation company through disciplined financial planning, professional development, and maintaining strong personal and business creditworthiness.

Credit was not simply a convenience to me. It was the foundation of my ability to transition from employee to business owner. In the transportation industry, credit directly impacts access to insurance bonds, equipment financing, licensing approval, commercial underwriting, and even employment opportunities. Many transportation companies evaluate applicants using credit reporting as part of operational risk assessments. Maintaining a strong score above 680 was essential for my future business growth and professional advancement.

The issues in this case began when I worked directly with Mr. John Kavyahu regarding my account with Life Asset. Mr. Kavyahu informed me that he controlled the "guardrails" for reporting to the credit bureaus and stated that he would stop reporting until January 15, 2026, at which time I would pay the remaining balance, and the account could then be closed properly.

On January 2, 2026, I paid $152 toward the account pursuant to our agreement. Mr. Kavyahu then informed me that reporting to the credit bureaus would restart on February 1, 2026, and that the account would reflect appropriately.

However, on February 12, 2026, I contacted Mr. Kavyahu because reporting had still not resumed and my bank had alerted me that negative activity was affecting my credit profile. This immediately disrupted ongoing efforts to secure funding necessary for my transportation business, including insurance bonding, licensing requirements, and startup operational financing.

Then, on March 19, 2026, my credit monitoring service alerted me that Life Asset had reported that I had missed December and January payments. The report also falsely reflected that the account remained open and showed a balance of $153, one dollar more than the agreed payoff amount. This was devastating because the account had already been paid and should have been reported as closed with a zero balance.

Immediately after receiving this alert, I contacted Mr. Kavyahu again. During that conversation, he admitted that he had "forgotten" to restart the reporting and told me not to worry because he would immediately begin correcting the issue.

Your Honor, this situation raises serious concerns that require accountability and explanation.

First, Mr. Kavyahu stated that he had authority to control or stop reporting activity. I respectfully request clarification regarding whether he had authority to interfere with the accounting or reporting department and whether his actions directly caused inaccurate reporting to the credit bureaus.

Second, if the account had truly been paid as agreed, it is difficult to understand why the report failed to reflect:

1. That the account was closed,

2. That the account had been paid,

3. The accurate payoff amount, and

4. The date payment was received.

These are fundamental reporting responsibilities that materially affect a consumer's financial standing.

The damage caused by this reporting has been profound. My bank suspended processing connected to my transportation business expansion while investigating the derogatory reporting. The drop in my credit score damaged my ability to secure financing, bonding, and insurance approvals necessary to continue my licensing and operational growth plans.

I have worked diligently to maintain a clean professional record. I have no moving violations and maintain positive standing within the transportation industry. I completed my undergraduate studies specifically to build a future beyond employment and move into business ownership. I am now pursuing MBA studies despite this setback because education and entrepreneurship represent the next stage of my life and career development.

Since March 19, 2026, I have experienced severe emotional distress and anxiety because it felt as though everything I worked toward was collapsing due to inaccurate reporting and a lack of accountability. I have struggled to sleep and have lived under constant stress, fearing permanent damage to my professional future, reputation, and financial stability.

I respectfully believe that Life Asset and Mr. Kavyahu should be held accountable for the damage caused by inaccurate reporting, negligence, and failure to properly update my account status after payment. Forgetting to restart accurate reporting, or allowing false delinquency information to remain active, had real-world consequences that extended beyond numbers on a report. It damaged my reputation, increased my financial hardship, interrupted my business development process, and undermined years of hard work and planning.

I respectfully request that the Court consider the seriousness of these reporting failures and require Life Asset to fully explain:

• Who had authority over reporting decisions,

• Why was inaccurate information reported after the payoff?

• Why the account was not reported as closed,

• Whether Mr. Kavyahu interfered with accounting or reporting procedures,

• Why negative reporting continued despite payment,

• And what internal safeguards existed to prevent this type of harm?

I further respectfully request that this matter proceed without unnecessary continuance so the facts can be addressed promptly and fairly.

Thank you for your time and consideration.

Respectfully submitted,

Ayyub Sulaiman

5315 Connecticut Ave NW #202

Washington, DC 20015

202-579-6368

info@DC222LLC.com



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Motor Vehicles**
**P.O. BOX 90120**
**WASHINGTON DC 20090-0120**



## 3 YEAR DRIVER RECORD

**Date :**   05-22-2026

**Name :**   **AYYUB SULAIMAN**
**Address :**   5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

| License Number : 3976388 | Birth Date : 08-08-1977 | Sex : MALE | Good Points : 3 | Total Current Points : 0 |
|---|---|---|---|---|
| Height : 6 feet 00 inches | Weight : 270 lbs | Hair : BLACK | Eyes : BROWN | |

### License/ID Details

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| A | CDL | 3976388 | REGULAR | VALID | 08-06-1999 | 07-18-2024 | 08-08-2032 |

Restrictions :
MUST WEAR GLASSES OR CONTACT LENSES

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | 3976388 | REGULAR | CANCELLED | 08-06-1999 | 03-16-2018 | 08-08-2025 |
| D | NCDL | 3976388 | LEARNER | CANCELLED | 08-06-1999 | 02-22-2018 | 02-22-2020 |

Restrictions :
MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18
MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| A | CDL | MDL34074462 2620 | LEARNER | CANCELLED | 08-06-1999 | 12-22-2000 | 12-08-2001 |

Restrictions :
MUST WEAR GLASSES OR CONTACT LENSES
MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN

Endorsements :
PASSENGER
DOUBLE/TRIPLE TRAILERS

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | MDL34074462 2620 | REGULAR | CANCELLED | 08-06-1999 | 08-06-1999 | 05-07-2001 |

Restrictions :
MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | MDL34074462 2620 | LEARNER | CANCELLED | 08-06-1999 | 10-19-1993 | 12-19-1993 |

Restrictions :
MAY NOT OPERATE A VEHICLE FOR COMPENSATION PRIOR TO AGE 18
MUST BE ACCOMPANIED BY A DRIVER AUTHORIZED FOR CLASS OF VEHICLE DRIVEN

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| N/A | Over 21 years | 577981034 | ID CARD | EXPIRED | 11-07-1992 | 11-07-1992 | 11-07-1996 |
| N/A | Over 21 years | 3718441 | ID CARD | CANCELLED | 12-03-2015 | 12-03-2015 | 05-31-2016 |
| N/A | Over 21 years | 3821841 | ID CARD | CANCELLED | 05-11-2016 | 05-11-2016 | 08-08-2023 |
| N/A | Over 21 years | 4153070 | ID CARD | CANCELLED | 09-29-2017 | 09-29-2017 | 08-08-2025 |

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 1 | FAILURE TO COMPLY WITH CDL PHYSICAL EXAMINATION | N/A | 02-21-2024 | 02-27-2024 | RESTORED | DC | 02-27-2024 |



**Page 1 of 3**

SUPERIOR COURT 000098



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120



## 3 YEAR DRIVER RECORD

**Date :**   05-22-2026

**Name :**   AYYUB SULAIMAN
**Address :**   5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

**License Number : 3976388**   **Birth Date : 08-08-1977**   **Sex :** MALE   **Good Points : 3**   **Total Current Points : 0**
**Height : 6 feet 00 inches**   **Weight : 270 lbs**   **Hair :** BLACK   **Eyes :** BROWN

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 2 | FAILED TO FILE MEDICAL CERTIFICATION/DISABILITY INFORMATION | OS CONVCTN | 02-21-2015 | INDEF | RESTORED | MD | 01-15-2016 |
| 3 | FAILURE TO APPEAR FOR TRIAL OR COURT APPEARANCE (DETAIL SOMETIMES REQUIRED) | OS CONVCTN | 06-08-2007 | INDEF | RESTORED | MD | 08-28-2007 |
| 4 | FAILURE TO APPEAR FOR TRIAL OR COURT APPEARANCE (DETAIL SOMETIMES REQUIRED) | OS CONVCTN | 07-28-2003 | INDEF | RESTORED | MD | 01-01-2001 |

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2021 | 1 | 01-01-2022 | N/A | N/A |
| 2023 | 1 | 01-01-2024 | N/A | N/A |
| 2025 | 1 | 01-01-2026 | N/A | N/A |

### Medical Certificate Information

**Medical Certificate Issue Date:** 01-14-2026   **Medical Certificate Expiration Date:** 01-14-2027
**Medical Certification Type:** NON-EXCEPTED INTERSTATE   **Medical Certification Status:** CERTIFIED
**Medical Certificate Post Date:** 01-15-2026

**Medical Examiner's Name:** NIGUSSIE  GELETA
**Medical Examiner's Registry No.:** 5108123786   **Medical Examiner's Telephone No.:** (202) 234-1234
**Medical Examiner's License No.:** MD043964
**Medical Examiner Licensed State:** DISTRICT OF COLUMBIA

**Medical Variance:**
**Waiver/Exemption Effective Date:** NOT AVAILABLE   **Skills Performance Evaluation Effective Date:** NOT AVAILABLE
**Waiver/Exemption Expiration Date:** NOT AVAILABLE   **Skills Performance Evaluation Expiration Date:** NOT AVAILABLE

**Medical Restriction(s):**
NOT APPLICABLE



SUPERIOR COURT 000099



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Motor Vehicles**
**P.O. BOX 90120**
**WASHINGTON DC 20090-0120**



### 3 YEAR DRIVER RECORD

**Date :**   05-22-2026

**Name :**   **AYYUB SULAIMAN**
**Address :**   5315 CONNECTICUT AVE NW APT#202
WASHINGTON DC 20015-1827

| | | | | |
|---|---|---|---|---|
| **License Number :** 3976388 | **Birth Date :** 08-08-1977 | **Sex :** MALE | **Good Points :** 3 | **Total Current Points :** 0 |
| **Height :** 6 feet 00 inches | **Weight :** 270 lbs | **Hair :** BLACK | **Eyes :** BROWN | |

## Class

A - ALL VEHICLES, EXCEPT MOTORCYCLES.
B - VEHICLES 26,001 POUNDS GVW OR MORE EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW. ALSO, MOPEDS.
C - VEHICLES UNDER 26,001 POUNDS GVW EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW. ALSO, MOPEDS.
D - VEHICLES UNDER 26,001 POUNDS FOR NON-COMMERCIAL AND PERSONAL USE, EXCEPT MOTORCYCLES. ALSO MOPEDS.

## License Type

CDL   - Commercial Driver License
NCDL - Non-Commercial Driver License

~ ~ ~

*THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA, DEPARTMENT OF MOTOR VEHICLES(DC DMV),*
*MAINTAINED UNDER A DUTY IMPOSED BY LAW. DC DMV CERTIFIES THAT THE INFORMATION CONTAINED HEREIN*
*IS A TRUE AND ACCURATE RECORD.*



SUPERIOR COURT 000100

10:21



× **INTUIT creditkarma**

**LIFEASSET**
Reported: Nov. 30, 2025

**$151.00**
In good standing

## Overview

You have **40%** left to pay on this loan.



| | |
|---|---|
| Balance | Highest Balance |
| $151 | $378 |
| Monthly payment | $33 |
| Opened | Mar. 05, 2025 (1 yr, 2 mos) |
| Term | 12 months |

## Payment History

You've made **100%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |

✓ Current    ✗ Late    ● Unknown

⚠ Derogatory

| | |
|---|---|
| Last payment | Oct. 22, 2025 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

< ○ |□|

SUPERIOR COURT 000101

11:21  ck                                    ⏰ 5G UC ◢ 🔋

✕    **INTUIT**
     **creditkarma**



Balance                      Highest Balance
$151                                    $378

Monthly payment                          $33

Opened             Mar. 05, 2025 (1 yr, 2 mos)

Term                              12 months

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |

✓ Current      ✗ Late      ● Unknown
⚠ Derogatory

Last payment                    Oct. 22, 2025

Current Payment Status              Current

Worst Payment Status                Current

## Account Details

Account status                         Open

Type                               Business

Responsibility                    Individual

Remarks                            No Info

<       ○       |□|

SUPERIOR COURT 000102

10:22 ☁ ☁                    ⏰ 📳 5G UC ◢ 🔋

✕

| Last payment | Oct. 22, 2025 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| Account status | Open |
| Type | Business |
| Responsibility | Individual |
| Remarks | No Info |
| Times 30/60/90+ days late | 0/0/0 |
| Closed | No Info |

**See an error?**

**Dispute**

Something not right? Visit the Dispute Center to submit or check the status of an ongoing dispute with TransUnion.

> Go to dispute center

**Creditor Information**

LIFEASSET
2248A 18TH ST NW
WASHINGTON, 20009

<        ○        ▯◻▯

SUPERIOR COURT 000103

# Business Plan

# DC 222, LLC

5315 Connecticut Ave NW #202
Washington, DC 20015

Phone: 202-579-6368

Email: info@DC222LLC.com

**Owner: Ayyub Sulaiman**

SUPERIOR COURT 000104

## Confidentiality Agreement

The undersigned reader acknowledges that the information provided by DC 222, LLC in this business plan is confidential; therefore, the reader agrees not to disclose it without the express written permission of Ayyub Sulaiman.

It is acknowledged by the reader that information to be furnished in this business plan is in all respects confidential in nature, other than information which is in the public domain through other means, and that any disclosure or use of same by the reader may cause serious harm or damage to DC 222, LLC.

Upon request, this document is to be immediately returned to Ayyub Sulaiman.

_____
Signature

_____
Name (Typed or Printed)

_____
Date

*This is a business plan. It does not imply an offering of securities.*

SUPERIOR COURT 000105

# DC 222, LLC

# Integrated Carrier–Broker Operations

# Strategic Business Plan

**Headquarters:** 5315 Connecticut Ave NW #202, Washington, DC 20015

**Phone:** 202-579-6368

**Email:** info@DC222LLC.com

DC 222, LLC is a Washington, DC–based transportation and logistics company focused on scalable freight coordination, centralized operational accountability, brokerage integration, compliance-forward execution, and long-term transportation infrastructure growth.

SUPERIOR COURT 000106

# 1.0 Executive Summary & Company Overview

Founded in February 2018, DC 222, LLC is a minority-owned transportation and logistics company focused on integrated carrier–broker operations throughout Northeast and Southeast regional freight corridors. The company operates under a vertically integrated transportation structure designed to align operational control, compliance oversight, brokerage coordination, and freight execution under one centralized authority. This operational strategy reduces fragmentation commonly experienced within traditional broker-only transportation structures while improving escalation management, communication reliability, pricing discipline, and first-mile execution. DC 222, LLC continues positioning itself for scalable growth through disciplined operational expansion, brokerage integration, recurring freight coordination, equipment utilization, and government transportation opportunities. The company's long-term objective is to evolve into a scalable transportation infrastructure platform capable of supporting multi-lane freight operations, centralized logistics coordination, and long-term operational sustainability.

| Category | Operational Position |
|---|---|
| Business Model | Integrated Carrier–Broker Operations |
| Primary Freight Region | Northeast / Southeast Lanes |
| Target Market | Government & Commercial Freight |
| Operational Focus | Unified Accountability & Compliance |
| Scalability Driver | Equipment + Brokerage Expansion |

# 2.0 Market Position & Services

The transportation industry continues experiencing elevated demand due to supply chain volatility, increasing operational expectations, equipment shortages, and growing pressure surrounding freight visibility and compliance reliability. DC 222, LLC focuses specifically on freight sectors requiring reliable first-mile execution, centralized operational oversight, fast escalation response, and consistent customer communication throughout regional freight movements. The company provides transportation and logistics services through an integrated operational framework combining freight hauling, brokerage coordination, customer logistics support, and compliance-forward freight execution.

| Core Operational Services |
|---|
| Regional Freight Transportation |
| Government Freight Coordination |
| Dedicated Lane Operations |
| Brokerage Freight Management |
| GPS Shipment Visibility |
| Operational Escalation Management |

SUPERIOR COURT 000107

Customer Scheduling & Support

SUPERIOR COURT 000108

# 3.0 Growth Strategy & Revenue Scalability

The scalability of DC 222, LLC is driven by transportation infrastructure expansion, brokerage integration, operational density, recurring freight coordination, and government freight positioning. The company's integrated operational model creates the ability to scale freight operations while maintaining centralized accountability and pricing discipline.

| Growth Vehicle | Operational Impact |
| --- | --- |
| Equipment Expansion | Increases freight capacity and lane density |
| Brokerage Integration | Captures internal freight margins |
| Government Contracts | Creates recurring transportation volume |
| Driver Expansion | Improves operational throughput |
| Integrated Operations | Improves retention and accountability |

| Year | Projected Revenue | Primary Growth Driver |
| --- | --- | --- |
| Year 1 | $250,000 | Initial Freight Operations |
| Year 2 | $850,000 | Equipment + Brokerage Expansion |
| Year 3 | $1,800,000 | Integrated Carrier–Broker Operations |
| Year 4 | $3,000,000 | Government Contract Expansion |
| Year 5 | $5,000,000 | Transportation Infrastructure Scaling |



# 4.0 Financial Projection & Profitability

The projected profit and loss structure reflects operational scalability, increasing freight density, centralized compliance management, improved equipment utilization, and operational leverage through brokerage integration. As transportation volume increases, EBITDA margins improve through recurring freight concentration, route efficiency, centralized accountability, and scalable operational coordination.

| Category | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Revenue | $250,000 | $850,000 | $1,800,000 |
| Cost of Operations | ($110,000) | ($340,000) | ($650,000) |
| Payroll & Drivers | ($55,000) | ($180,000) | ($420,000) |
| Insurance & Compliance | ($18,000) | ($42,000) | ($90,000) |
| Fuel & Maintenance | ($22,000) | ($95,000) | ($180,000) |
| Administrative & Brokerage | ($15,000) | ($55,000) | ($110,000) |
| EBITDA | $30,000 | $138,000 | $350,000 |
| EBITDA Margin | 12% | 16% | 19% |



Projected EBITDA Expansion

SUPERIOR COURT 000110

# 5.0 Management & Risk Oversight

Operations are led by Ayyub Sulaiman with support from outsourced compliance management, maintenance coordination, factoring support, bookkeeping, roadside services, and administrative partnerships. The company's operational structure prioritizes regulatory compliance, centralized accountability, equipment reliability, driver retention, and scalable freight coordination.

| Risk Category | Mitigation Strategy |
|---|---|
| Insurance | Maintain compliant commercial transportation coverage |
| Compliance | Centralized FMCSA and DOT operational oversight |
| Fuel Volatility | Route optimization and operational discipline |
| Labor | Driver retention and operational support |
| Equipment Downtime | Preventive maintenance coordination |

DC 222, LLC is positioned to scale through integrated transportation operations, brokerage coordination, government freight opportunities, and centralized operational accountability. The company's vertically integrated structure strengthens freight execution, stabilizes pricing discipline, improves escalation management, and creates a scalable transportation platform capable of long-term infrastructure growth within high-demand freight corridors.

**DC 222, LLC**
5315 Connecticut Ave NW #202, Washington, DC 20015
202-579-6368 | info@DC222LLC.com

SUPERIOR COURT 000111