**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AYYUB SULAIMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIFE ASSETS,<br><br>Defendant. | Civil No. 1:26-cv-02038-JEB<br><br>Removed from the Superior Court of the District of Columbia<br>Civil Action No. 2026-CAB-1910 |

**DEFENDANT LIFE ASSET INC.'S MOTION TO STRIKE
PLAINTIFF'S STATEMENT REGARDING DISPUTED CREDIT REPORTING**

Defendant Life Asset Inc. (improperly plead a Life Assets), by undersigned counsel, Moves to Strike Plaintiff's Statement Regarding Disputed Credit Reporting.

In support of this Motion, Life Asset refers the Court to the accompanying Memorandum of Points and Authorities.

LIFE ASSET, INC,
By Counsel,

By: */s/ Matthew D. Berkowitz*

Matthew D. Berkowitz, 974170
Colin D. Neal, 90002583
Carr Maloney P.C.
2000 Pennsylvania Avenue, Suite 8001
Washington, DC 20006
(210) 310-5500 (Tel.)
(210) 310-5555 (Fax)
matthew.berkowitz@carramaloney.com
colin.neal@carrmaloney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 2nd day of July, 2026 that I electronically filed and e-served a copy of the foregoing, with a copy via U.S. Mail to:

Ayyub Sulaiman, *pro se*
5315 Connecticut Ave. N.W. # 202
Washington, D.C. 20015

*/s/ Matthew D. Berkowitz*
Matthew D. Berkowitz